**No. 53548.**—Miami Importing Co. *v.* United States, protests 136026–K and 138631–K (Tampa).

Opinion by RAO, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53549.**—Miami Importing Co. *v.* United States, protests 139627–K, etc. (Tampa).

Opinion by RAO, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53550.**—Aircargo Brokerage Co. *v.* United States, protests 141153–K, etc. (Tampa).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53551.**—Burkart Shoe Company *v.* United States, protests 145247–K, etc. (St. Louis).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of mats composed wholly of sisal fibers, which sisal fibers are similar in all material respects to those contained in the handbags which were the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53552.**—Burkart Shoe Company *v.* United States, protest 145757–K (St. Louis).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of mats composed wholly of sisal fibers, which sisal fibers are similar in all material respects to those contained in the handbags which were the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

SEPTEMBER 14, 1949

**No. 53553.**—Thomson Trading Co. *v.* United States, protest 107732–K.— Motion of ·Government for rehearing denied by order of Chief Judge OLIVER and Judge MOLLISON.— Judge COLE dissenting on jurisdictional grounds, citing *Geo. S. Bush & Co., Inc., et al.* v. *United States* (22 Cust. Ct. 158, C. D. 1175), *Fuchs Shoe Corp.* v. *United States* (id. 338, Abstract 53250), and *W. R. Zanes & Co.* v. *United States* (id. 339, Abstract 53251).

BEFORE THE FIRST DIVISION, SEPTEMBER 20, 1949

**No. 53554.**—Bert Friedberg & Co. et al. *v.* United States, protests 971934–G, etc. (Los Angeles).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

COLE, J., dissented on jurisdictional grounds, citing *Geo. S. Bush & Co., Inc., et al.* v. *United States* (22 Cust. Ct. 158, C. D. 1175), *Fuchs Shoe Corp.* v. *United States* (id. 338, Abstract 53250), and *W. R. Zanes & Co.* v. *United States* (id. 339, Abstract 53251).

**No. 53555.**—Anco Import Corp. et al. *v.* United States, protests 3892–K, etc. (New York).